**[J-40A-2021 and J-40B-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| PROTECT PT, | : | No. 2 WAP 2021 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered July |
| | : | 6, 2020 at No. 575 C.D. 2019, |
| v. | : | affirming the Order of the Court of |
| | : | Common Pleas of Westmoreland |
| | : | County entered April 10, 2019 at No. |
| PENN TOWNSHIP ZONING HEARING | : | 2021 of 2018 |
| BOARD AND OLYMPUS ENERGY LLC, | : | |
| | : | ARGUED:  May 19, 2021 |
| Appellees | : | |
| PROTECT PT, | : | No. 3 WAP 2021 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered July |
| | : | 6, 2020 at No. 576 C.D. 2019, |
| v. | : | affirming the Order of the Court of |
| | : | Common Pleas of Westmoreland |
| | : | County entered April 10, 2019 at No. |
| PENN TOWNSHIP ZONING HEARING | : | 2393 of 2018 |
| BOARD AND OLYMPUS ENERGY LLC , | : | |
| | : | ARGUED:  May 19, 2021 |
| Appellees | : | |

## ORDER

**PER CURIAM**

　　**AND NOW,** this 22nd day of June, 2021, the appeals are **DISMISSED** as having been **IMPROVIDENTLY GRANTED**.